JS-6

**JASON K. SINGLETON, State Bar # 166170**
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite "A"**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX:  (707) 441-1533**

Attorney for Plaintiff, RANDY KIYABU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, | Case No. 2:10-CV-06186 VBF (OPx) |
| Plaintiff, | (~~Proposed~~) ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| AMIR LALJI, aka AMIRALIN N. LALJI, dba SHAKEY'S PIZZA PARLOR, CATHERINE ROCHE, et al., | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.  The action <u>RANDY KIYABU v AMIR LALJI., et al.</u>, Case Number 2:10-CV-06186 VBF (OPx), is dismissed with prejudice with each party to bear his or her own attorney fees and costs.

Dated:  11-19-10

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES MAGISTRATE JUDGE

-1-